The Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ALEX LEON LOPEZ,<br><br>Defendant. | NO. CR17-184 RSM<br><br>**ORDER** |

This matter having come before the Court on the Government's Unopposed Motion to Dismiss Pending Supervised Release Violations and Terminate Supervision, and the Court having reviewed the same:

IT IS ORDERED that the supervised release violations set forth in the Petitions dated December 25, 2027 (Violation 1), *see* Dkt. 20, and September 5, 2018 (Violations 2 and 3), *see* Dkt. 34, are hereby dismissed.

//
//

ORDER - 1
CR17-184 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  IT IS FURTHER ORDERED that the 34-month term of supervised release
2  imposed in this case on November 8, 2017, *see* Dkt. 19, be terminated.
3  DATED this 1st day of December, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:
*/s/ William Dreher*_____
WILLIAM DREHER
Assistant United States Attorney

ORDER - 2
CR17-184 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970